UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re )
 ) Case No._____
 )
 )
 ) NOTICE OF INTENT
 ) TO ABANDON
Debtor(s) )

1. The trustee proposes, per 11 USC §554, to abandon the following estate property:

2. The trustee believes that (check **all** applicable sections):

 a. Such property is burdensome to the estate;

 b. There is no equity for the estate in such property;

 c. Such property is of inconsequential value to the estate.

3. A brief description of the details relating to the checked section(s) in pt. 2 are:

4. The trustee certifies that **either** (check **one**):

 a. This is a no-asset case, **and** an Amended Inventory and Report of Assets will be **promptly filed** if appropriate; **or**

 b. Further administration of other assets is still required.

**NOTICE IS GIVEN** that unless within 16 days of the Trustee's date below, an interested party **both**: (1) files a written objection to such abandonment, setting forth the specific grounds for such objection, with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", mail to 1001 SW 5th Ave. #700, Portland, OR 97204; **or**, if it begins with "6" or "7", mail to 405 E 8th Ave #2600, Eugene OR 97401), **and** (2) serves a copy thereof on the trustee _____
_____,
(name, address and phone number)
the property described above shall be deemed abandoned on the 21st day after that date.

DATE: _____ _____
 Trustee

751 (7/2/12)