Ashley M. Yorra, OSB #085194
Timothy J. Zimmerman OSB #873765
Vial Fotheringham LLP
17355 SW Boones Ferry Road, Ste A
Lake Oswego, OR 97035
Phone: (503)684-4111
Fax: (503)598-7758
amy@vf-law.com
tim.zimmerman@vf-law.com
*Treehill Park Unit Owners Association*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| In Re:<br><br>Monthiene Singkhek | Case No. 15-32928-rld7<br><br>**OBJECTION TO CHAPTER 7 TRUSTEE'S ABANDONMENT** |

Creditor, Treehill Park Unit Owners Association ("Treehill"), objects to the Chapter 7 Trustee's abandonment of "Potential UTPA Claim vs. HOA Management for imposing illegal fees and FDCPA Claim, federal and state, against Vial Fotheringham related to collection HOA Assessments."

Treehill Park's counsel contacted Debtor's counsel by telephone to determine what the alleged claims related to, but Debtor's counsel stated he did not have his file with him and was unable to identify what the claims were. He promised a call later to provide specific information about the claims, but failed thereafter to contact Treehill's counsel.

Without further information regarding the alleged claims, it is not possible to determine whether the alleged claims have merit and whether a potential prosecution or settlement of those alleged claims are burdensome to the estate or of inconsequential value to the estate.
/ / / / /

PAGE 1 – OBJECTION TO CHAPTER 7 TRUSTEE'S ABANDONMENT

Therefore, the court should not allow the abandonment at this time.

DATED this _____ day of December, 2015.

Respectfully submitted,

**VIAL FOTHERINGHAM LLP**

By: /s/ Ashley M. Yorra
Ashley M. Yorra, OSB # 085194
amy@vf-law.com
Timothy J. Zimmerman, OSB #873765
Tim.zimmerman@vf-law.com

*Of Attorneys for Creditor, Treehill Park Unit Owners Association*

Vial Fotheringham LLP
17355 SW Boones Ferry Road, Ste A
Lake Oswego, OR 97035
Phone: (503)684-4111
Fax: (503)598-7758
amy@vf-law.com
tim.zimmerman@vf-law.com

**CERTIFICATE OF SERVICE**

On December 10, 2015, I served the foregoing **OBJECTION TO CHAPTER 7 TRUSTEE'S ABANDONMENT** (Case No: 15-32928-rld7) on the following individuals by electronic means through the Court's ECF program:

**Lyndon L. Ruhnke**
Lyndon Ruhnke, PC
123 E Powell Blvd, Suite 208
Gresham, OR 97030
lyndon@lyndonruhnke.com
*Attorney for Debtor*

**U.S. TRUSTEE**
US Trustee, Portland
620 SW Main St., #213
Portland, OR 97205

And on December 10, 2015, I served the foregoing **OBJECTION TO CHAPTER 7 TRUSTEE'S ABANDONMENT** (Case No: 15-32928-rld7) on the following individuals by depositing true copies thereof in the United States mail at Lake Oswego, Oregon, enclosed in a sealed envelope, with postage paid and addressed as follows:

**Clerk of the Court**
1001 SW 5th Ave., #700
Portland, OR 97204

**Stephen P. Arnot**
PO Box 1963
Lake Oswego, OR 97035
*Trustee*

**I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.**

DATED this 10th day of December, 2015.

    **VIAL FOTHERINGHAM LLP**
    By: /s/ Ashley M. Yorra
    Ashley M. Yorra, OSB # 085194
    amy@vf-law.com
    Timothy J. Zimmerman, OSB#873765
    Tim.zimmerman@vf-law.com

PAGE 3 – OBJECTION TO CHAPTER 7 TRUSTEE'S ABANDONMENT